IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JAMES E. NOBLES**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:10-CV-1736-L** |
| | § | |
| **CARROLLTON TEXAS CITY HALL**, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the Findings, Conclusions, and Recommendation of the United States Magistrate Judge filed September 16, 2010.

Plaintiff filed his complaint alleging that Defendants Carrollton Texas City Hall, Carrollton Texas Police Department, Farmers Branch Police Department, Angela Vacula, the City of Carrollton, Lawrence NLN, and Mr. Park violated his civil rights. The magistrate judge found that the action should be summarily dismissed because Plaintiff failed to comply with a prior court order. In a previous civil action, Plaintiff was ordered to pay a $500 sanction, and if he did not pay the sanction, any subsequent civil actions would be summarily dismissed. *See Nobles v. Roberson,* 3:03-cv-2703-M (N.D. Tex.). Plaintiff has failed to allege or show that he has complied with the previous sanction order, and the clerk's docket does not reflect that such payment has been made.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. Accordingly, the court **dismisses** this action **without prejudice.**

Order- Page 1

**It is so ordered** this 15th day of October, 2010.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge